# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Alejandro Rivera Pineda,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Joel L. Brott,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1070 LMP/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Jose Alejandro R. P.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

a. Jose Alejandro R. P.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;
b. The Government is **ORDERED** to release Jose Alejandro R. P. from custody by no later than 5:00 p.m. on Wednesday, February 11, 2026;
c. The Government is **ORDERED** to release Jose Alejandro R. P. without imposing any conditions of release and to return all property to him; and
d. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than 3:00 p.m. on Thursday, February 12, 2026.

Date: 2/9/2026

KATE M. FOGARTY, CLERK